**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-6471**

---

FAOUZI JABER,

       Plaintiff - Appellant,

    v.

WARDEN RAY; ACTING WARDEN BROWN; M. TITTLE; OFFICER BROWN; OFFICER IN L-4, Corrections Officer on 8:00 a.m. shift on April 28, 2023; OFFICER POLLS; OFFICER W. KOPPEL; OFFICER D. MILLER; OFFICER CHEAPLEY; C. SIVIC; T. KEENER, R.N.; OFFICER DICK; GOMEZ; SMITH; J. MCCALL; F. VANKIRK; UNITED STATES OF AMERICA,

       Defendant - Appellees.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:24-cv-00025-JPB-JPM)

---

Submitted:  August 28, 2025                Decided:  September 3, 2025

---

Before GREGORY, QUATTLEBAUM, and HEYTENS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Faouzi Jaber, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Faouzi Jaber, a federal prisoner, appeals the district court's orders adopting the magistrate judge's recommendation and dismissing his action under the Federal Tort Claims Act ("FTCA") and denying his Fed. R. Civ. P. 59(e) motion. On appeal, Jaber challenges the district court's conclusions that his claim regarding his placement in the prison is barred by the discretionary function exception to sovereign immunity and that sovereign immunity has not been waived for claims regarding detention of property by federal law enforcement officers under 28 U.S.C. § 2680(c). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Jaber v. Ray*, No. 5:24-cv-00025-JPB-JPM (N.D. W. Va. Apr. 1 & May 22, 2025).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*